IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                  CASE NO: 3:05cr99-004
                                             3:05cr102-001

PAUL THIEN HOANG,
    Defendant.
_____/

## ORDER REDUCING SENTENCE

Defendant's sentence of confinement is hereby reduced in case #3:05cr99-004 from 121 months to 30 months. In case # 3:05cr102-001, defendant's sentence of confinement remains 60 months to run consecutive to the sentence in case #3:05cr99-004. In all other respects, the original sentence imposed in the Judgment and Commitment Orders filed 27 December 2005 shall remain unchanged.

**ORDERED** this 29th day of June 2009.


                                                        s/*L.A. Collier*
                                               LACEY A. COLLIER
                                   Senior United States District Judge